| | |
|---|---|
| PAUL K. HAINES, ESQ. (SBN 248226)<br>FLETCHER W. H. SCHMIDT, ESQ. (SBN 286462)<br>**HAINES LAW GROUP, APC**<br>2274 East Maple Ave.<br>El Segundo, California 90245<br>Tel: (424) 292-2350<br>Fax: (424) 292-2355<br>phaines@haineslawgroup.com<br>fschmidt@haineslawgroup.com<br><br>Attorneys for Plaintiff<br>KEVIN HARRISON | ANGELI MURTHY *(pro hac vice)*<br>**MORGAN & MORGAN, P.A.**<br>600 N. Pine Island Road, Suite 400<br>Plantation, Florida 33324<br>T: 954-967-5377 \| F: 954-327-3016<br>AMurthy@forthepeople.com |
| ASHLEY L. TATE, SBN 264378<br>**ROSOFF, SCHIFFRES & BARTA**<br>11755 Wilshire BLVD., Suite 1450<br>Los Angeles, California 90025<br>T: 310-479-1454 \| F: 310-478-1439<br>atate@rsblaw.com<br><br>THOMAS J WOODFORD *(pro hac vice)*<br>**THE KULLMAN FIRM**<br>63 South Royal Street, Suite 1100<br>Mobile, Alabama 36602<br>T: 251-432-1811 \| F: 251-433-1230<br>tjw@kullmanlaw.com<br><br>Attorneys for Defendant<br>COMPUTER SCIENCES CORPORATION | ROBERT P. LOMBARDI *(pro hac vice)*<br>**THE KULLMAN FIRM**<br>A Professional Law Corporation<br>1100 Poydras Street, Suite 1600<br>New Orleans, Louisiana 70163<br>T: (504) 524-4162 \| F: (504) 596-4189<br>rpl@kullmanlaw.com |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KEVIN HARRISON,**<br><br>       **Plaintiff,**<br><br>       vs.<br><br>**COMPUTER SCIENCES CORPORATION,**<br><br>       **Defendants.** | **Case No.: 5:15-cv-00404-JGB-KK**<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Upon considering the Parties' Joint Stipulation of Dismissal with Prejudice,

**IT IS HEREBY ORDERED** that:

(1) Plaintiff Kevin Harrison's claims against Defendant Computer Sciences Corporation are hereby DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

(2) Each side is to bear its own costs.

**IT IS SO ORDERED.**

Riverside, California, this 12th day of April, 2017.

UNITED STATES DISTRICT JUDGE